# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| United States, | Case No.: 17CR446 AJB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE** |
| vs. | |
| Agustin Aceves, | |
| Defendant. | |

The United States of America, by its counsel Assistant U.S. Attorney Andrew Young, and defendant Agustin Aceves, by Lauren Cusitello, jointly move to continue the Sentencing Hearing set for February 1, 2019, at 9:00 a.m.

For reasons stated in the joint motion, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

| 1 | IT IS ORDERED that the joint motion is granted. The Sentencing |
| 2 | Hearing shall be continued to April 8, 2019, at 9:00 a.m. |
| 3 | **IT IS SO ORDERED.** |
| 4 | Dated: February 1, 2019 |
| 5 | *[signature]* |
| | Hon. Anthony J. Battaglia |
| 6 | United States District Judge |